PER CURIAM.
Affirmed. See Rosier v. State, 109 So.3d 801 (Fla. 2d DCA 2013) (table decision); Rosier v. State, 95 So.3d 230 (Fla. 2d DCA 2012) (table decision); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777 So.2d 994 (Fla. 2d DCA 2000); Green v. State, 765 So.2d 825 (Fla. 2d DCA 2000); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
NORTHCUTT, WALLACE, and CRENSHAW, JJ., Concur.